1  ARNOLD & PORTER LLP
   MAURICE A. LEITER (State Bar No. 123732)
2  maury.leiter@aporter.com
   777 South Figueroa Street, 44th Floor
3  Los Angeles, California 90017-5844
   Telephone: +1 213.243.4000
4  Facsimile: +1 213.243.4199

5  ARNOLD & PORTER LLP
   MICHAEL J. BAKER (State Bar No. 56492)
6  michael.baker@aporter.com
   SHARON D. MAYO (State Bar No. 150469)
7  sharon.mayo@aporter.com
   JEREMY M. MCLAUGHLIN (State Bar No. 258644)
8  jeremy.mclaughlin@aporter.com
   Three Embarcadero Center, 7th Floor
9  San Francisco, California 94111-4024
   Telephone: +1 415.471.3100
10 Facsimile: +1 415.471.3400

11 *Attorneys for Defendant Bristol-Myers Squibb Company,*
   *Sanofi-Aventis U.S. LLC, Sanofi US Services Inc.,*
12 *and Sanofi-Synthelabo Inc.*

13 [additional counsel listed at signature page]

ORDER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RAVY VANNY *et al.*, | Case No. 12-5752 SI |
| Plaintiffs, | |
| v. | **STIPULATION TO RESCHEDULE DATE OF CASE MANAGEMENT CONFERENCE** |
| BRISTOL-MYERS SQUIBB COMPANY, SANOFI-AVENTIS U.S. LLC., SANOFI-AVENTIS U.S., INC., SANOFI-SYNTHELABO, INC., MCKESSON CORPORATION, and DOES 1 to 100, | Date: March 22, 2013<br>Time: 2:30 p.m.<br>Judge: Hon. Susan Illston |
| Defendants. | |

This Stipulation is made by and between Plaintiffs in *Vanny v. Bristol-Myers Squibb Co.*, No. CV-12-5752 SI (N.D. Cal.), and Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo Inc. (collectively "Defendants"), by and through the undersigned counsel of record,[1] with reference to the following facts:

1. WHEREAS, on November 5, 2012, Plaintiffs filed the *Vanny* action in the Superior Court of California, San Francisco County, and on November 8, 2012, Defendants removed the *Vanny* action to this Court;

2. WHEREAS, the case management conference in the *Vanny* action is set for March 22, 2013, with a joint case management conference statement due on March 15, 2013;

3. WHEREAS, on November 13, 2012, Plaintiffs filed an unopposed motion to relate the *Vanny* action to ten other Plavix® actions pending before Judge Edward M. Chen;

4. WHEREAS, on February 12, 2013, the Judicial Panel on Multidistrict Litigation ("JPML") established a Plavix® multidistrict litigation in the District of New Jersey;

5. WHEREAS, on February 14, 2013, Plaintiffs filed a motion to remand the *Vanny* action to state court, and Defendants opposed the motion on February 28, 2013;

6. WHEREAS, on February 20, 2013, the JPML conditionally transferred the *Vanny* action to the Plavix® MDL, and on February 26, 2013, Plaintiffs opposed the JPML's conditional transfer of the *Vanny* action to the Plavix® MDL;

7. WHEREAS, on February 28, 2013, Defendants filed concurrent motions to stay the *Vanny* action and to shorten time for hearing on the motion to stay, and Plaintiffs opposed the motions on March 4, 2013;

8. WHEREAS, the motion to remand, to stay, and to shorten time on hearing on the motion to stay are pending before this Court; the motion to relate is pending before Judge Chen; and the motion to vacate the conditional transfer order is pending before the JPML;

9. WHEREAS, in light of the pending motions, rescheduling the March 22, 2013 case management conference would promote the efficient use of judicial resources;

---

[1] McKesson Corporation has not been served in this case and, therefore, has not entered an appearance. McKesson Corporation neither objects nor consents to this stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the case management conference scheduled for March 22, 2013 (and the deadline for submitting the case management conference statement) be continued for at least sixty (60) days to allow this Court, Judge Chen, and the JPML to rule on the pending motions.

**IT IS SO STIPULATED.**

Dated:  March 12, 2013                                      ARNOLD & PORTER LLP

By:    /s/ Jeremy M. McLaughlin_____
Maurice A. Leiter
Michael J. Baker
Sharon D. Mayo
Jeremy M. McLaughlin

*Attorneys for Defendant Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo Inc.*

Dated:  March 12, 2013                                      HERSH & HERSH

By:  _____
Mark E. Burton, Jr.

*Attorneys for Plaintiffs*

I, Jeremy M. McLaughlin, am the ECF User whose ID and password are being used to file this Stipulation to Reschedule Date of Case Management Conference.  In compliance with General Order 45, X.B, I hereby attest that Mark E. Burton, Jr. has concurred in this filing.

Dated: March 12, 2013                                       ARNOLD & PORTER LLP

By:     /s/ Jeremy M. McLaughlin
JEREMY M. McLAUGHLIN

*Attorneys for Defendant Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo Inc.*

1  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's
2  approval, that the case management conference scheduled for March 22, 2013 (and the deadline for
3  submitting the case management conference statement) be continued for at least sixty (60) days to
4  allow this Court, Judge Chen, and the JPML to rule on the pending motions.
5  **IT IS SO STIPULATED.**

7  Dated: March 12, 2013                ARNOLD & PORTER LLP

                                        By: _____
                                            Maurice A. Leiter
                                            Michael J. Baker
                                            Sharon D. Mayo
                                            Jeremy M. McLaughlin

                                        *Attorneys for Defendant Bristol-Myers Squibb
                                        Company, Sanofi-Aventis U.S. LLC, Sanofi US
                                        Services Inc., and Sanofi-Synthelabo Inc.*

14 Dated: March 12, 2013                HERSH & HERSH

                                        By: _____
                                            Mark E. Burton, Jr.

                                        *Attorneys for Plaintiffs*

    I, Jeremy M. McLaughlin, am the ECF User whose ID and password are being used to file
this Stipulation to Reschedule Date of Case Management Conference. In compliance with General
Order 45, X.B, I hereby attest that Mark E. Burton, Jr. has concurred in this filing.

Dated: March 12, 2013                   ARNOLD & PORTER LLP

The Initial Case Management Conference has been
continued to 6/21/13, at 2:30 p.m.      By: ___/s/ Jeremy M. McLaughlin___
                                            JEREMY M. McLAUGHLIN

                                        *Attorneys for Defendant Bristol-Myers Squibb
                                        Company, Sanofi-Aventis U.S. LLC, Sanofi US
                                        Services Inc., and Sanofi-Synthelabo Inc.*

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ARNOLD & PORTER LLP
MAURICE A. LEITER (SBN 123732)
maury.leiter@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

ARNOLD & PORTER LLP
MICHAEL J. BAKER (SBN 56492)
michael.baker@aporter.com
SHARON D. MAYO (SBN 150469)
sharon.mayo@aporter.com
JEREMY M. MCLAUGHLIN (SBN 258644)
jeremy.mclaughlin@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

*Attorneys for Defendant Bristol-Myers Squibb Company,
Sanofi-Aventis U.S. LLC, Sanofi US Services Inc.,
and Sanofi-Synthelabo Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RAVY VANNY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRISTOL-MYERS SQUIBB COMPANY, SANOFI-AVENTIS U.S. LLC., SANOFI-AVENTIS U.S., INC., SANOFI-SYNTHELABO, INC., MCKESSON CORPORATION, and DOES 1 to 100, <br><br> Defendants. | No. CV-12-5752 SI <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Jeremy M. McLaughlin, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024.  On March 12, 2013, I served the following document(s) described as:

1. **STIPULATION TO RESCHEDULE DATE OF CASE MANAGEMENT CONFERENCE**

   ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

   ☑   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Washington, D.C. addressed as set forth below.

   ☐   by transmitting via email the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m.

   ☐   by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

   ☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

   ☑   electronically through the Court's CM/ECF system.

| | |
|---|---|
| Nancy Hersh, Esq.<br>Mark E. Burton, Jr., Esq.<br>HERSH & HERSH, A Professional<br>  Corporation<br>601 Van Ness Avenue, Suite 2080<br>San Francisco, CA 94102<br><br>*Attorneys for Plaintiffs* [via CM/ECF] | Michael Miller, Esq.<br>Jeffrey A. Travers, Esq.<br>THE MILLER FIRM, LLC<br>108 Railroad Avenue<br>Orange, VA 22960<br><br>*Attorneys for Plaintiffs* [via U.S. Mail] |

McKESSON CORPORATION
The Prentice Hall Corporation Systems, Inc.
2730 Gateway Oaks Dr., Suite 100
Sacramento, CA 95833

*Defendant* [via U.S. Mail]

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at San Francisco, CA, on March 12, 2013.

2

3                                                                        /s/ *Jeremy M. McLaughlin*
                                                                           Jeremy M. McLaughlin
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28