1 | ARNOLD & PORTER LLP
MAURICE A. LEITER (State Bar No. 123732)
2 | maury.leiter@aporter.com
777 South Figueroa Street, 44th Floor
3 | Los Angeles, California 90017-5844
Telephone: +1 213.243.4000
4 | Facsimile: +1 213.243.4199

5 | ARNOLD & PORTER LLP
MICHAEL J. BAKER (State Bar No. 56492)
6 | michael.baker@aporter.com
SHARON D. MAYO (State Bar No. 150469)
7 | sharon.mayo@aporter.com
JEREMY M. MCLAUGHLIN (State Bar No. 258644)
8 | jeremy.mclaughlin@aporter.com
Three Embarcadero Center, 7th Floor
9 | San Francisco, California 94111-4024
Telephone: +1 415.471.3100
10 | Facsimile: +1 415.471.3400

11 | *Attorneys for Bristol-Myers Squibb Co.,*
*Sanofi-Aventis U.S. LLC, Sanofi US*
12 | *Services Inc., and Sanofi-Synthelabo Inc.*

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

SAN FRANCISCO DIVISION

16

17

RAVY VANNY *et al.*,

Plaintiffs,

v.

BRISTOL-MYERS SQUIBB COMPANY,
SANOFI-AVENTIS U.S. LLC., SANOFI-
AVENTIS U.S., INC., SANOFI-
SYNTHELABO, INC., MCKESSON
CORPORATION, and DOES 1 to 100,

Defendants.

**Case No. CV-12-5752 SI**

**[~~PROPOSED~~ ORDER] GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**

18
19
20
21
22
23
24
25
26
27
28

Steven G. Reade, whose business address and telephone number is Arnold & Porter LLP, 555 Twelfth Street, NW, Washington, DC 20004, 202-942-5000, and who is an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. (f/k/a Sanofi-Aventis U.S. Inc.), and Sanofi-Synthelabo Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in Local Rule 5-1, Electronic Case Filing.

Dated:_____3/26/13_____     By:_____

Honorable Judge Susan Illston
United States District Judge

- 1 -

[PROPOSED ORDER] GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*